Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Tommassina Gordon
326 Burton St.
Waukegan, IL 60085
SSN: xxx–xx–0843 EIN: N.A.

Case No. : 20–12187
Chapter : 7
Judge : A. Benjamin Goldgar

---

Debtor's Attorney:
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

847 520–8100

Trustee:
Joseph E Cohen
Cohen & Krol
105 West Madison Suite 1100
Chicago, IL 60602

312 368–0300

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above−named debtor(s) on *June 10, 2020* .

1. *July 30, 2021* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *July 30, 2021* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non−Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: April 29, 2021

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court